# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                              NO. 4:08CR00296-01 JLH

SANTOS JACOBA RUBIO                                                        DEFENDANT

## ORDER

On August 17, 2012, the government filed a motion to revoke the supervised release of defendant Santos Jacoba Rubio. Transfer of defendant's supervised release was accepted by the District of New Mexico on October 11, 2012. Therefore, the pending motion to revoke is denied as moot, subject to refiling in the District of New Mexico. Document #78. The Clerk is directed to take the necessary steps to terminate the motion.

IT IS SO ORDERED this 1st day of November, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE